[No. 18957. *En Banc.* June 2, 1926.]

THERESA JAMES, *Appellant*, v. CLAIRE CANNELL *et al., Respondents.*

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered June 6, 1924, upon the verdict of a jury rendered in favor of the plaintiff, by direction of the court, in an action on a garnishment bond. Reversed.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the Department opinion heretofore filed herein and reported in 135 Wash. 80, 237 Pac. 8. The judgment is therefore reversed and the cause remanded for proceedings in accordance with that opinion.